Case 2:20-cv-00457-JRS-MJD   Document 1   Filed 09/02/20   Page 1 of 1 PageID #: 1

2:20-cv-457-JRS-MJD

FILED
3:35 pm, Sep 02, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# "Lawsuit"

G.C. date - 08-27-2020 - 10:32pm

To - United States District court for the Southern District of Indiana
Terre Haute Division

From - GoDly Dasypul - Government name - Tracey Lamover salter II
S.S.N. 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     I.D.O.C.# 208025

I'm filing an lawsuit against Facebook, for: statements below

- For whatever was done that wasn't right, or what is being done that's not right
- Ask/tell them to tell what is being done that's not right, or what has been done that's not right
- Have federal agents/officers/personel/employee(s) investigate such matters
    - Waive my filing fee(s), or wait until lawsuit results

(P.S.) I'm just making sure righteousness is being done

Truthfully, Righteousfully, Respectfully,

— [signature]
— GoDly # Dasypul

GoD Bless us

Mark whats up, GoD Bless you