From: Goply Dasyoul
Government Name - Tracey Lamous Salter II
I.D.O.C. #208025
W.V.C.F.
6908 S. Old U.S. Hwy 41-D407
Carlisle, IN 47838

RECEIVED
SEP 1 - 2020
U.S. CLERK'S OFFICE

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

To- Federal Court
To- United States District Court for
the Southern District of
Indiana Terre Haute
Division
Terre Haute, IN

```
02 1P          $ 000.65°
0000838068     AUG 28 2020
MAILED FROM ZIP CODE 47838
               PITNEY BOWES
```